Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| VÍCTOR LÓPEZ GREEN<br><br>Peticionario<br><br>v.<br><br>ALPHA BIOMEDICAL &<br>DIAGNOSTIC, CORP., *et al.*<br><br>Recurrido | KLAN202400720 | *Apelación* **acogida como** *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Núm.:<br>CG2021CV00005 Cons.<br>CG2022CV00293<br><br>Sobre:<br>Procedimiento Sumario bajo Ley 2 |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de septiembre de 2024.

Considerado el *Escrito de Apelación*, el cual acogimos como *Certiorari*[1], presentado por el señor Víctor López Green, el 29 de julio de 2024, este Tribunal *deniega* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1[2].

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] *Resolución* emitida por este Tribunal el 16 de agosto de 2024.
[2] Dispone en lo aquí pertinente:
> Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.

Número Identificador

RES2024_____